**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| GERSOM COLORADO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:22-cv-401-WSS |
| v. | ) | |
| | ) | |
| GRAVITY OILFIELD SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Gravity Oilfield Services, LLC states as follows:

1.      Gravity Oilfield Services LLC is a private company that is based in, and incorporated in Texas. Gravity Oilfield Operating LLC is the sole member and owns more than 10% of Gravity Oilfield Services LLC.

Respectfully submitted,

Babst, Calland, Clements & Zomnir, P.C.

Date:  March 7, 2022

 */s/ James D. Mazzocco*
Stephen L. Korbel, Esq.
skorbel@babstcalland.com
Pa. I.D. No. 89484
James D. Mazzocco, Esq.
jmazzocco@babstcalland.com
Pa. ID No. 318410

Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA  15222
(412) 394-6695 – Phone

*Counsel for Defendant*