**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | | |
|---|---|---|
| **GERSOM COLORADO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **2:22-CV-00401-WSS** |
| **GRAVITY OILFIELD SERVICES, LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

---

### JOINT STATUS REPORT REGARDING MEDIATION

---

COMES NOW, Gravity Oilfield Services, LLC ("Gravity") and Plaintiff Gersom Colorado ("Colorado") (collectively, "the Parties") and file this Joint Status Report Regarding Mediation:

On April 26, 2022, this Court appointed James B. Brown as the mediator in this case and instructed the Parties to complete mediation by June 12, 2022. *See* ECF No. 18. Upon receipt of this order, the Parties contacted Mr. Brown and discovered that he had retired from conducting mediations and would be unavailable to serve in that capacity.

The Parties conferred on the matter and agreed to complete mediation before Mark Hamilton by June 12, 2022, in compliance with the Court's order(s). The Parties conducted their mediation with Mr. Hamilton on June 8, 2022, and an ADR Report is forthcoming.

Respectfully submitted,

_____*/s/ Taylor J. Winn*_____                              _____*/s/ Lanre Kukoyi*_____

Russell D. Cawyer                                          Lanre Kukoyi
State Bar No. 00793482                                     PA I.D. # 315955
Taylor J. Winn                                             Kukoyi Law Firm, LLC
State Bar No. 24115960                                     510 Washington Ave,
**KELLY HART & HALLMAN LLP**                               Carnegie, PA 15106
201 Main Street, Suite 2500                               Voice (412) 200-2440
Fort Worth, Texas 76102                                   Facsimile (412) 502-5105
(817) 332-2500  (Telephone)                               kukoyi@kukoyilaw.com
(817) 335-2820  (Facsimile)
russell.cawyer@kellyhart.com                              **ATTORNEY FOR PLAINTIFF**
taylor.winn@kellyhart.com

Stephen L. Korbel, Esq.
Pa. I.D. No. 89484
James D. Mazzocco, Esq.
Pa. Id No. 318410
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, Pa 15222
(412) 394-6695 - Telephone
(412) 394-6576 - Fax
skorbel@babstcalland.com
jmazzocco@babstcalland.com

**ATTORNEYS FOR DEFENDANT**